# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1958

_____

Abdul Aziz,                    *
                              *

         Appellant,         *

                              *    Appeal from the United States

      v.                         *    District Court for the

                              *    Eastern District of Arkansas.

University of Arkansas at Little Rock,    *

                              *

         Appellee.          *     [UNPUBLISHED]

                              *

_____

Submitted:  August 24, 1999
Filed: August 31, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Abdul Aziz appeals the district court's[1] denial of his motion under Fed. R. Civ. P. 60(b)(1) for relief from an adverse grant of summary judgment. We review for abuse of discretion, see Sanders v. Clemco Indus., 862 F.2d 161, 169 (8th Cir. 1988), and finding none, we affirm.

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

Because Aziz's Rule 60(b)(1) motion alleged an error of law that could have been raised on appeal from the underlying judgment, was not made within thirty days of the underlying judgment, and only presented an issue previously rejected by the district court, we conclude that the motion was properly denied.  See Fox v. Brewer, 620 F.2d 177, 179-180 (8th Cir. 1980); Sanders, 862 F.2d at 169-170.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.